IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELALAWARE

MISCELLANEOUS CASE NO.  0 6 - 1 5 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI CIVIL DIVISION

CASE NO. 05-22030-CIV-SEITZ / Brown

DONNA WHITE.

    Plaintiff,

vs.

NCL AMERICA, INC. &
NORWEGIAN CRUISE LINE LIMITED,
A Bermuda Corporation, d/b/a Norwegian
Cruise Line, Inc., and NCL (Bahamas) Ltd.,
And NCL and/or NCL America,

    Defendants.

_____/



0 6 - 1 5 2

FILED

AUG - 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

**THE STATE OF DELAWARE**

    TO:    **David Chapman**
               **Ports and Marine Transportation Specialist**
               **Delaware Sea Grant, Marine Advisory Service**
               **Marine Policy Program, Graduate College of Marine Studies**
               **University of Delaware**
               **700 Pilottown Road**
               **Lewes, Delaware 19958-1298**

    YOU ARE COMMANDED to appear at the MALTZMAN FOREMAN, P.A., 2 South Biscayne Boulevard, Suite 2300, Miami, Florida, **within fifteen (15) days** from the date you receive this subpoena, and to have with you at that time and place the records set forth in the attached Exhibit "A", as they relate to the above referenced matter.

    It is the intent of this subpoena that each and every document and thing in your care, custody, or control, or available to you, no matter how insignificant that item might appear to the party to

CASE NO. 05-22030-CIV-SEITZ
Page 2

whom this subpoena is directed, be produced.

This subpoena encompasses all documents and things, regardless of how old, including anything that might be on microfilm/microfiche or kept at another location.

**TO COMPLY WITH THIS SUBPOENA, YOU ARE TO PRODUCE EACH AND EVERY DOCUMENT OR THING WHICH HAS EVER BEEN A PART OF YOUR FILE.** If any document or thing is not produced, you are to identify that thing or document by date, title, author, and recipient; and identify the person, pursuant to whose instructions the documents or things were not produced by name, address, and employer.

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this Subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this Subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **YOU MAY MAIL** or deliver the copies to the attorney whose name appears on this Subpoena and thereby eliminate your appearance at the time and place specified above. You have the right to object to the production pursuant to this Subpoena at any time before production by giving **written** notice to the attorney whose name appears on the Subpoena.

**PLEASE DIRECT ALL QUESTIONS REGARDING THIS SUBPOENA TO CATHERINE J. MacIVOR OF MALTZMAN FOREMAN, P.A. (305) 358-6555.**

If you fail to (1) appear as specified, or (2) furnish the records instead of appearing as provided above; or (3) object to this Subpoena, you may be in contempt of Court. You are subpoenaed by the attorneys whose names appear on this Subpoena and unless excused from this Subpoena by the attorneys or the Court, you shall respond to this Subpoena as directed.

DATED ON:_____, 2006.

                                            U.S. District Court
                                            For the District of Delaware
                                            Clerk of the Court


                                            By:_____

                                            Deputy Clerk

SEAL

CASE NO. 05-22030-CIV-SEITZ
Page 3

## EXHIBIT A

## ITEMS TO BE PRODUCED

1. Please provide your Curriculum Vitae setting forth your educational background, training, skills and/or experience which qualify you as an expert.

2. Any and all documents reflecting the number of times you have worked for Plaintiff's Counsel in this case and prior cases.

3. Any and all documents pertaining to your agreement to be retained in the subject case as an expert.

4. Any and all documents showing your billing records to date.

5. Any and all documents addressing your work for the plaintiffs and defendants on prior occasions where you have been retained as an expert.

6. Any and all documents, overviews, articles, files or other written documents addressing how much of your time is allocated to work as an expert compared to other work you perform.

7. Any and all documents, overviews, articles, or other written material addressing how much of your income is derived from working as an expert witness.

8. Copies of all reports, notes, sketches, matrixes, and other written material created in the process of the rendering your opinion as an expert in this matter. This request includes all written material used by you in the preparation of your opinion, intermediary reports and sketches, test results, drawings, matrixes and also any document revealing your final opinion.

9. Copies of all documents, written material, pleadings or written reports or statements

CASE NO. 05-22030-CIV-SEITZ
Page 4

that Plaintiff provided you in order for you to prepare for your work as an expert in this matter.

10. Copies of any and all documents, notes, charts, maps, matrix, sketches, and other written tools or drawings used in order to prepare or conduct or analyze or test or measure any condition of the ship or part of the ship in the course of the ship inspection.

11. Copies of all manuals or descriptions for use of any equipment used in the preparation for or for conducting any testing or measurements, including but not limited to handbooks, manuals, etc. from manufacturer or distributor of tools and equipment used for conducting any investigation, test, analysis of the ships condition or any inspection or investigation of any part or facility or appurtenances of the ship.

12. Copies of any reports submitted, by you setting forth your opinion or conclusions reached from your examination or any tests you conducted?

13. Copies of any and all documents or reports received or obtained from other experts relative to the issues in this case to assist you in rendering your opinion.

14. Copies are to be made available for Defendant to review and select copies of all pictures taken, digitally and otherwise, in the course of the inspection of the ship, her interior, exterior, appurtenances, or photos taken for any of the tests conducted.

15. Manuals, handbooks, description of camera used in photographing all tests and inspection or investigation on board the ship.

MALTZMAN
FOREMAN, PA
ATTORNEYS AT LAW
2 SOUTH BISCAYNE BLVD., SUITE 2300
MIAMI, FLORIDA 33131

Clerk, U.S. District Court
District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801





# MALTZMAN FOREMAN, PA
## ATTORNEYS AT LAW
2 SOUTH BISCAYNE BLVD., SUITE 2300, MIAMI, FLORIDA 33131
PHONE: 305-358-6555  FAX: 305-374-9077  WWW.MFLEGAL.COM

August 1, 2006

Clerk, U.S. District Court
District of Delaware                               06   152
Lockbox 18
844 N. King Street
Wilmington, DE 19801

Re:  Donna White v. NCL America Inc.
     US District Court for the Southern District of Florida
     Case No.: 05-22030-Civ
     US District Court for Delaware
     Miscellaneous Case No. *to be provided*



Dear Clerk of the Court:

    Enclosed please find two copies of Subpoena Duces Tecum Without Deposition to David Chapman, an expert witness in the above styled case who resides in your jurisdiction. Also enclosed is a check in the amount of $39.00 to cover the filing fee for same.

    When executed, please return one copy in the enclosed, self-addressed, stamped envelope. Please direct any questions to the undersigned.

    Thank you for your assistance in this matter.

Very truly yours

Russ Keith
Legal Assistant
to Catherine J. MacIvor, Esq.

Encl.